DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES E. MURO,**
Appellant,

v.

**CITY OF BOCA RATON,**
Appellee.

No. 4D22-610

[June 29, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 50-2015-CA-00 4110-XXXX-MB.

Jennifer S. Carroll of the Law Offices of Jennifer S. Carroll, P.A., Jupiter, and Isidro M. Garcia of the Garcia Law Firm, P.A., West Palm Beach, for appellant.

Brian Koji of Allen Norton & Blue, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and CONNER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***